IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MARVIN D GULLEY,

    Plaintiff,

v.                                    CASE NO. 4:04-cv-00176-MP-AK

AUBREY T AMAN,
DANIEL H BANNISTER,
ALVIN F BUCHANAN,
LANNY R HAZEN,
JAMES CLARK MOODY,
MARK J STEPHENS,

    Defendants.

_____/

## **O R D E R**

      This matter is before the Court on doc. 44, Motion to Extend Time to Retain Counsel by Marvin D Gulley, to which the defendants objected, doc. 45. The plaintiff filed this case while still a state prisoner, and claimed that he was subjected to excessive force by several prison officials at Taylor Correctional Institution. He was represented by the Florida Institutional Legal Services. After he was released from Taylor, though, he apparently did not communicate with his counsel for several months. Finally, counsel filed a motion to withdraw indicating that plaintiff had been released, had moved to Largo, and had seemingly stopped prosecuting his case.

      The court entered an order granting the motion to withdraw and directing plaintiff to tell the Court by August 26, 2005 whether he would be retaining counsel. On August 11, 2005, plaintiff filed the motion below, seeking "substantial time" to retain counsel because he is now incarcerated in the Pinellas County Jail and would have to try to retain counsel by mail. In order

to best adjudicate this case, the motion is granted.  The plaintiff shall have until Friday, September 30, 2005, to attempt to retain counsel.

**DONE AND ORDERED** this  *15th*  day of September, 2005

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge