IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MARVIN D GULLEY,

    Plaintiff,

v.                                                        CASE NO. 4:04-cv-00176-MP-AK

AUBREY T AMAN,
DANIEL H BANNISTER,
ALVIN F BUCHANAN,
LANNY R HAZEN,
JAMES CLARK MOODY,
MARK J STEPHENS,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 52, and Order allowing the Plaintiff until June 1, 2006 to obtain an attorney. No attorney has filed a notice of appearance on Plaintiff's behalf. Accordingly, the case shall proceed with Plaintiff proceeding pro se.

**DONE AND ORDERED** this  *20th*   day of June, 2006

                              *s/Maurice M. Paul*
                          Maurice M. Paul, Senior District Judge