IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MARVIN D GULLEY,

    Plaintiff,
v.                                            CASE NO. 4:04-cv-00176-MP-AK

JAMES CLARK MOODY,
et al.,

    Defendants.
_____/

## **O R D E R**

This matter is before the Court on Doc. 58, Notice of Appearance by Attorney Gary Lee Printy on behalf of Marvin D. Gulley.  The Court held a teleconference on September 13, 2006, in which Mr. Printy and counsel for defendants, Thomas Robert Thompson, participated.  Previously, Mr. Gulley had been represented by a legal aid society in Gainesville and then proceeded pro se.  Mr. Printy indicated during the hearing that he required time to obtain and sort through the papers maintained by Mr. Gulley's initial lawyers.  Counsel for both sides therefore agreed to the following:  the parties shall have 30 days maximum to obtain and examine the papers referred to above, to meet with each other, and to file with the Court a written joint scheduling report.  This report shall be filed no later than Friday, October 13, 2006.

    **DONE AND ORDERED** this  *14th*   day of September, 2006

                        *s/Maurice M. Paul*
                    Maurice M. Paul, Senior District Judge